Receipt #11090182
$22.18
md

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

DEMBIK, DANIELLE M.

Debtor.

Chapter 7

Case No. 07-00596 MJK

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 3 | Federated Retail Holdings,Inc./Kaufman's C/O Tsys Debt Management, PO Box 137 Columbus, GA 31902 | $331.27 | $22.18 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 22.18

Dated: June 30, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED
JUL 2 2010
BANKRUPTCY COURT
BUFFALO, NY